**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL NO:**

DONNA JONES, *Plaintiff*

vs.                                              **COMPLAINT**

CREDIT SOLUTIONS, LLC, *Defendant*

    Serve:  Registered Agent
             Christopher K. Kindrick
             3290 Blazer Pkwy.
             Suite 100
             Lexington, KY 40509

* * * * * * * *

NOW COMES Plaintiff, DONNA JONES, by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, CREDIT SOLUTIONS, LLC, alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

**PARTIES**

2. Plaintiff, DONNA JONES ("Plaintiff") is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Fayette.

3. Plaintiff is a consumer as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

4. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

5. Defendant is a national corporation with its headquarters in Lexington, Kentucky.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

10. Defendant is collecting from Plaintiff on an alleged debt owed to a previous landlord in the amount of approximately $3,000.00.

11. In or around late March of 2010, Defendant contacted Plaintiff to collect on this debt.

12. Soon thereafter, Plaintiff delivered notice to Defendant that the debt was disputed and told Defendant to stop calling her home and place of employment.

13. On September 21, 2010, Defendant placed a collection call to Plaintiff.

14. Plaintiff once again informed Defendant that the debt in question was being

disputed.

15.     On September 22, 2010, Plaintiff sent a cease and desist letter to Defendant. *Se*e letter attached as Exhibit "A."

16.     On September 28, 2010 at 1:57 p.m., Defendant placed a collection call to Plaintiff at her place of employment from 1-877-265-1485.

17.     On September 30, 2010 at 1:33 p.m., Defendant placed a collection call to Plaintiff at her place of employment from 1-877-265-1485.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18.     Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff at her place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications.
   b. Defendant violated *§1692c(c)* by continuing to communicate with Plaintiff after Defendant was notified in writing that Plaintiff wished Defendant to cease further communication.
   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiff.
   d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, DONNA JONES, respectfully requests judgment be entered against Defendant, CREDIT SOLUTIONS, LLC, for the following:

   a. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*
   b. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;
   c. Any other relief that this Honorable Court deems appropriate.

-4-

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DONNA JONES, demands a jury trial in this cause of action.

DATED:  October 27, 2010          Respectfully Submitted,

**DONNA JONES**


By:  /s/Lee Cassie Yates
Lee Cassie Yates – Atty No. 91821
Attorney for Plaintiff
KROHN & MOSS, LTD.
120 West Madiosn Street, 10th Floor
Chicago, Illinois  60602
(312) 578-9428

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY         )
                          ) ss.
COUNTY OF FAYETTE         )

Plaintiff, Donna Jones, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____  10/21/2010
Donna Jones