## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION
## CIVIL NO: 5:10-cv-00378-KKC

DONNA JONES, *Plaintiff*

vs.   **NOTICE OF SETTLEMENT**

CREDIT SOLUTIONS, LLC, *Defendant*

\* \* \* \* \* \* \* \*

NOW COMES the Plaintiff, DONNA JONES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  December 27, 2010         Respectfully Submitted,

**DONNA JONES**

By: /s/Lee Cassie Yates
Lee Cassie Yates – Atty No. 91821
Attorney for Plaintiff
KROHN & MOSS, LTD.
120 West Madiosn Street, 10th Floor
Chicago, Illinois  60602
(312) 578-9428

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via

ELECTRONIC MAIL upon the following:

James R. Bedell
Attorney for Defendant
BedellJ@moss-barnett.com

|  |  |
|---|---|
| DATED: December 27, 2010 | By:  /s/Lee Cassie Yates<br>Lee Cassie Yates – Atty No. 91821<br>Attorney for Plaintiff |