UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 10-378-KKC

DONNA JONES,                                                                                                                      PLAINTIFF

v.                                   **ORDER**

CREDIT SOLUTIONS, LLC,                                                                DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter having come before the Court by a Notice of Voluntary Dismissal with prejudice [R. 5],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

This the 3rd day of February, 2011.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**